UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NEIL W. DIAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VERIZON NEW ENGLAND, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 10-10496-NMG |

REPORT AND RECOMMENDATION ON
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

August 3, 2012

SOROKIN, C.M.J.

Currently pending is the Motion for Summary Judgment of the Defendant, Verizon New England, Inc. (Docket # 29).

For the following reasons, I RECOMMEND that the Court ALLOW the Defendant's motion IN PART and DENY it IN PART.

I.   FACTUAL AND PROCEDURAL BACKGROUND[1]

The Plaintiff, Neil W. Dias, brings three claims against Verizon pursuant to M.G.L. c. 151B, each arising from his employment by Verizon and his November, 2008 termination (ostensibly part of a reduction in force). Docket # 1-1. Dias is a black male of Cape Verdean

---

[1] Additional facts will be recited infra where relevant to the discussion.

1

*Report and Recommendation accepted and adopted.* [signature], USDJ 9/10/12